SCWC-13-0000168

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ELIZABETH-ANN K. MOTOYAMA,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I, DEPARTMENT OF TRANSPORTATION; GLENN OKIMOTO, in
his Official Capacity; BRENNON MORIOKA, Individually and in his
Official Capacity; FRANCIS KEENO, Individually and in his
Official Capacity; and REY DOMINGO, Individually and in his
Official Capacity,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000168; CIVIL NO. 11-1-1669-08 (ECN))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Elizabeth-Ann K.

Motoyama's application for writ of certiorari filed on February

17, 2017, is hereby rejected.

DATED: Honolulu, Hawai'i, March 22, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

